

**ORDERED in the Southern District of Florida on August 30, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                        CASE NO. 14-37879-EPK

　　　Terry Thackery                                West Palm Beach Division

　　　　　　Debtor
_____/

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO SHORTEN PREJUDICE PERIOD

**THIS CAUSE** came to be heard on August 29, 2018 on Debtor's Expedited Motion to Shorten Prejudice Period and based on the record, it is hereby:

**ORDERED AND ADJUDGED:**

1. The Debtor's Motion is GRANTED.

2. The Debtor may immediately file another bankruptcy case as the prejudice period is shortened to zero (0) days. Further, the Court granted a full sixty (60) month cure period for secured, priority and general, unsecured creditors in a subsequent case.

### ###

Submitted by:

Sean I. Koplow, P.A.
8461 Lake Worth Rd., Suite 204
Lake Worth, FL  33467
Telephone:  561/642-3000
Facsimile:  561/425-6061
email:  seankoplow@gmail.com

Sean I. Koplow, Esquire is directed to serve a conformed copy of this order to all interested parties upon receipt.